IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:17-CR-85 |
| | § | |
| LINA SU, aka "Lina Perkins" | § | |

## FINAL ORDER OF FORFEITURE

On June 16, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2) and 28 U.S.C. § 2461.

The United States posted notice of the forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 10, 2018, and ending on August 8, 2018, as required by 21 U.S.C. § 853(n)(1), Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case.

In addition to the above described internet publication, the United States served written notice of the forfeiture on potential claimants as follows:

(a)   Personal service on Lina Su, aka "Lina Perkins," on June 29, 2018; and
(b)   Personal service on Wayne Allen Perkins on June 29, 2018.

On August 30, 2018, Wood County, Texas, et al ("Taxing Authorities") filed a Petition for Adjudication of Interest in Property regarding the Real Property.   The United States and the Taxing Authorities have entered into a Stipulation (Docket #48),

**Final Order of Forfeiture - Page 1**

acknowledging the Taxing Authorities' valid interest in the Real Property, specifically, ad valorem taxes owed.

It appears from the record that no claims, other than that listed in the paragraph above, contested or otherwise, have been filed for the property described in this Court's preliminary order of forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture is GRANTED.   It is further ORDERED:

1. That the right, title and interest to all of the hereinafter described property of the defendant named is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

**REAL PROPERTY:**

TRACT ONE:

All that certain lot or parcel of land, a part of the L.G. Powers Survey A-457, Wood County, Texas, and also being part of that certain called 22.172 acre tract of land that is described in a Deed dated June 21, 1989 from Williams J. Hargett, et ux, Shirley M., to E. Neaman Cain, et ux, Teresa Carol, that is recorded in Volume 1169, Page 617, of the Deed Records of Wood County, Texas, and also part of Lot #14 of Ranger Point Estates that is recorded in Volume 8, Page 166, of the Plat Records of Wood County, Texas, and being more completely described as follow to wit:

BEGINNING at ¾ inch iron rod found for corner at the N.W.C. of said tract, same being at the N.E.C. of a called 3.646 acres (Vol. 1827, Pg. 237) same being the S.B.L. of a called 0.919 acres (Vol. 901, Pg. 492);

THENCE North 89 degrees 56 minutes 16 seconds East, along N.B.L. of said tract, at 23.23 feet pass a Concrete Marker found for corner at the S.E.C. of said called 0.919 acres, same being the S.W.C. of a called 4.840 acres (Vol. 1794, Pg. 355) and at 296.07 feet pass ½ inch iron rod found for corner at the S.E.C. of said

called 4.840 acres, same being the S.W.C. of a called 9.00 acres (Vol. 776, Pg. 64, First Tract) and continue for a total distance of 665.40 feet to a ½ inch iron rod found for corner at the N.E.C. of said tract, same being the S.E.C. of a called 3.00 acres (Vol. 776, Pg. 64, Second Tract) and on the W.B.L. of a called 20.94 acres (Vol. 960, Pg. 732);

THENCE South 00 degrees 49 minutes 08 seconds West, along the E.B.L. of said tract same being the W.B.L. of said called 20.94 acres and the W.B.L. of a called 36.711 acres (Vol. 1404, Pg. 850) for a distance of 1017.59 feet to a ½ inch iron pipe found for corner at S.E.C. of said tract, same being the N.E.C. of Lot #14 of Ranger Point Estates (Vol. 8, Pg. 166, Plat Records);

THENCE South 00 degrees 46 minutes 47 seconds West, along E.B.L. of said Lot #14, same being the W.B.L. of called 20.711 acres for a distance of 199.69 feet to a ½ inch iron pipe found for corner at the S.E.C. of said Lot #14, same being the N.B.L. of County Road #3496;

THENCE North 89 degrees 09 minutes 02 seconds West, continuing along the N.B.L. of said County Road #3496 for a distance of 30.00 feet to a ½ inch iron rod set for corner, from which a ½ inch iron pipe found for corner at the S.W.C. of said #14, bears North 89 degrees 09 minutes 02 seconds West, 69.89 feet;

THENCE North 00 degrees 46 minutes 47 seconds East, across said Lot #14 for a distance of 199.74 feet to a ½ inch iron rod set for corner on the N.B.L. of said Lot #14 and the S.B.L. of said tract;

THENCE North 89 degrees 03 minutes 20 seconds West, along said tract a distance of 20.00 feet to a ½ inch iron rod set for corner, from which a ½ inch iron pipe found for corner at the N.W.C. of said Lot #14, bears North 89 degrees 03 minutes 20 seconds West, 49.81 feet;

THENCE North 48 degrees 38 minutes 41 seconds West, across said tract for a distance of 263.28 feet to a ½ inch iron rod set for corner;

THENCE North 00 degrees 49 minutes 50 seconds East, continuing across said tract for a distance of 545.39 feet to a ½ inch iron rod set for corner;

THENCE North 89 degrees 58 minutes 34 seconds West, continuing across said tract for a distance of 411.11 feet to a ¾ inch iron rod found at an ell corner of said tract, same being the S.E.C. of said called 3.646 acres, from which ½ inch iron rod found for an angle corner of said tract, bears North 89 degrees 58 minutes 33 seconds West, 226.12 feet;

THENCE North 00 degrees 00 minutes 24 seconds West, along the Northernmost W.B.L. of said tract, same being the E.B.L. of said called 3.646 acres for a distance of 296.48 feet to the PLACE OF BEGINNING and containing 8.3894 acres of land, more or less.

Being the same land in Gift Warranty Deed dated March 13, 2014 from Katrina Carol Hughes Ford to Kirk D. Hughes and Michael D. Ford, recorded in Document No. 2014-00003089, Real Records of Wood County, Texas.

TRACT TWO:

All that certain tract or parcel of land, a part of the L. G. Powers Survey A-457, Wood County, Texas, and also being part of that certain called 22.172 acre tract of land that is described in a Deed dated June 21, 1989 from William J. Hargett, et ux, Shirley M., to Neaman Cain, et ux, Teresa Carol that is Recorded in Volume 1169, Page 617 of the Real Property Records of Wood County, Texas, and being more completely described as follows to wit:

Beginning at a ½ Inch Iron Rod set for corner in the S.B.L. of said tract, a ½ Inch Iron Pipe found for corner at the S.E.C. of said tract bears, South 89 degrees 10 minutes 53 seconds East, 349.87 feet;

Thence North 89 degrees 12 minutes 09 seconds West, along the S.B.L. of said tract and the N.B.L. of Ranger Point Estates Addition Subdivision (Vol. 8 Pg. 166, PR) or a distance of 812.11 feet to a ½ Inch Iron Rod set for corner at the S.W.C. of said tract;

Thence North 23 degrees 17 minutes 10 seconds West, along the W.B.L. of said tract and the E.B.L. of that certain tract to Vicki L. Massey (Vol. 1837 Pg. 381) for a distance of 185.47 feet to a ½ Inch Iron Rod set for corner;

Thence North 08 degrees 31 minutes 18 seconds East, continuing along the W.B.L. of said tract, same being the E.B.L. of Pine Point Estates Subdivision and with a chain link fence for a distance of 120.12 feet to a ½ Inch Iron Rod set for corner at the Southerly N.W.C. of said tract and the S.W.C. of a called 1.651 acres (Vol. 1130 Pg. 59);

Thence North 87 degrees 41 minutes 30 seconds East, along the Westerly N.B.L. of said tract and the S.B.L. of said called 1.651 acres for a distance of 202.40 feet to a ½ Inch Iron Rod set for corner at an Ell corner of said tract and the S.E.C. of said called 1.651 acres;

Thence North 08 degrees 31 minutes 18 seconds East, along the Northerly W.B.L. of said tract and the E.B.L. of said called 1.651 acres and the E.B.L. of a called 3.646 acres (Vol. 1827 Pg. 237) at 324.86 feet pass a ½ Inch Iron Rod found, continuing for a total distance of 333.97 feet to a ½ Inch Iron Rod set for corner at a Point of Curve to the right;

Thence with said curve, which has a Delta Angle of 82 degrees 16 minutes 07 seconds; with a Radius of 89.03 feet, and a Chord Bearing of North 49 degrees 14 minutes 02 seconds East, for a Chord Length of 117.13 to a ½ Inch Iron Rod found for corner;

Thence South 89 degrees 58 minutes 33 seconds East, along a central N.B.L. of said tract and the S.B.L. of said called 3.646 acres fora distance of 226.12 feet to a ¾ Inch Iron Rod found for corner at an Ell comer of said tract, same being the Northerly S.W.C. of a called 8.3894 acres (Field Notes and Plat by R.P.L.S. 5669 dated October 21, 2008);

Thence South 89 degrees 58 minutes 34 seconds East, across said tract and along the Westerly S.B.L. of said called 8.3894 acres for a distance of 411.11 feet to a ½ Inch Iron Rod set for corner at an Ell comer of said called 8.3894 acres;

Thence South 00 degrees 49 minutes 50 seconds West, across said called 22.172 acres and along the Southerly W.B.L. of said called 8.3894 acres for a distance of 545.39 feet to a ½ Inch Iron Rod set for corner at the Easterly S.W.C. of said called 8.3894 acres;

Thence North 90 degrees 00 minutes 00 seconds West, across said tract (22.172 acres) for a distance of 100.00 feet to a ½ Inch Iron Rod set for corner;

Thence South 00 degrees 44 minutes 51 seconds West, continuing across said tract for a distance of 169.79 feet to the place of beginning containing 13.1914 acres.

Being the same land in Warranty Deed with Vendor's Lien dated August 3, 2012 from NEAMAN CAIN and wife, JANIS GRACE CAIN to KATRINA C. FORD, recorded in Document No. 2012-00009353, Real Records of Wood County, Texas,

**Also known as 193 Private Road 7493, Hawkins, Texas 75765**,

the "Real Property."

**CASH PROCEEDS:**

A sum of money equal to $1,815,765.96 in United States currency and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendant as the result of the offenses alleged in Counts 1 and 4 of the indictment, which charge violations of 18 U.S.C. § 1343 (Wire Fraud) and Count 15 of the indictment, which charges a violation of 18 U.S.C. 1957 (Engaging in a Monetary Transaction with Criminally Derived Property), for which the defendant is personally liable.

2. That the forfeited property shall be disposed of by the United States and/or the custodial agency in such manner as the United States Attorney General may direct.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this order of forfeiture to substitute property having a value not to exceed $1,811,919.80 to satisfy the cash proceeds owed by the defendant in whole or in part.

**SIGNED** this the **15** day of **November, 2018.**

_____
Thad Heartfield
United States District Judge